# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12 CV 212-MOC-DSC

ERNIE S. BALDWIN,

       Plaintiff,

vs.

DUKE ENERGY CORPORATION and
DUKE ENERGY BUSINESS SERVICES LLC,

       Defendants.

## ORDER

**THIS MATTER** is before the Court upon the Plaintiff's Motion to Stay the Local Rule 16.1 Initial Attorney's Conference ("IAC") until fourteen days after the Defendants answer the Amended Complaint. For good cause shown, the Motion is granted.

The Local Rule 16.1 IAC is stayed until fourteen days after the Defendants answer the Amended Complaint.

**SO ORDERED**.                 Signed: April 30, 2012

_____
David S. Cayer
United States Magistrate Judge