IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12 CV 212-MOC-DSC

ERNIE S. BALDWIN,

        Plaintiff,

vs.

DUKE ENERGY CORPORATION and
DUKE ENERGY BUSINESS SERVICES LLC,

        Defendants.

## ORDER

**THIS MATTER** is before the Court upon the Plaintiff's Motion to Stay the Local Rule 16.1 Initial Attorney's Conference ("IAC") until fourteen days after the Court rules on the Defendants' Partial Motion to Dismiss (document #16). For good cause shown, the Motion is granted.

The Local Rule 16.1 IAC is stayed until fourteen days after the Court rules on the Defendants' Partial Motion to Dismiss (document #16).

**SO ORDERED**.

Signed: May 25, 2012

David S. Cayer
United States Magistrate Judge