# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ERNIE S. BALDWIN, <br><br> Plaintiff, <br><br> vs. <br><br> DUKE ENERGY CORPORATION AND DUKE ENERGY BUSINESS SERVICES LLC, <br><br> Defendants. | Civil Action No. 3:12-CV-212-MOC-DSC <br><br> **ORDER** |

**UPON CONSIDERATION** of Defendants' Motion to File Document Under Seal, and having reviewed Defendants' Exhibit G filed under seal and determined that the medical records and redacted documents contain details of Plaintiff's medical conditions, the Court concludes that the sealing of the aforementioned personal identifier information is essential to preserve higher values set in Federal Rule of Civil Procedure 5.2, and is narrowly tailored to serve those interests. Therefore, the Court GRANTS the Motion and ORDERS that Defendants' Exhibit G be placed under seal. Consistent with Federal Rule of Civil Procedure 5.2, the parties may make arguments and references to Defendants' Exhibit G.

**SO ORDERED**.

Signed: October 28, 2013

David S. Cayer
United States Magistrate Judge