IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| ERNIE S. BALDWIN,<br><br>Plaintiff,<br><br>vs.<br><br>DUKE ENERGY CORPORATION<br>and<br>DUKE ENERGY BUSINESS SERVICES LLC,<br><br>Defendants. | Civil Action No. 3:12-CV-212-MOC-DSC<br><br><br>JUDGMENT<br><br>FILED<br>CHARLOTTE, NC<br><br>APR 2 8 2015<br><br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF NC |
|---|---|

Judgment is hereby entered for Defendants Duke Energy Corporation and Duke Energy Business Services LLC in the amount of $10,670.88 in accordance with the Clerk's January 9, 2015 Taxation of Costs and Federal Rule of Civil Procedure 58.

Frank G. Johns
Clerk of Court